Begin forwarded message:

**From:** Tom McCann <tsmccann@fairhaventc.com>
**Date:** October 2, 2018 at 4:49:39 PM CDT
**To:** "andszebeni@gmail.com" <andszebeni@gmail.com>
**Cc:** Venus Salak <vsalak@refreshmh.com>, Jessica Alpe <jalpe@fairhaventc.com>
**Subject: Notice of Termination**

Andrea - it has come to Fairhaven's attention that you were conducting unauthorized research using Fairhaven clients and Fairhaven resources. In light of this new information, I am notifying you that the previous terms of separation under consideration are revoked and your employment is terminated for cause effective immediately.

You will be receiving signed documents via Fedex tomorrow delivered to your home address. This information is also included as an attachment.

Please direct any further inquiries or issues to Venus Salak, VP Human Resources.

Tom McCann

Executive Director

Fairhaven Treatment Center

901-757-7979 (Office)

901-490-9700 (Cell)

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.



EXHIBIT 4